IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRENT NETTLES**                                                                                              **PLAINTIFF**

**v.**                                                                         **CIVIL ACTION NO. 1:23-cv-65-TBM-RPM**

**BEAU RIVAGE RESORTS, LLC** *et al.*                                                              **DEFENDANTS**

## ORDER

This matter came before the Court on the Defendants' Motion for Summary Judgment, or Partial Summary Judgment [54]. At the hearing conducted on March 7, 2024, the Court, having considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions. There, the Court dismissed Plaintiff's claims for False Arrest, Malicious Prosecution, Gross Negligence, Intentional Infliction of Emotional Distress, General Negligence, and Negligent Infliction of Emotional Distress, but declined to dismiss Plaintiff's claims for Intentional Battery and False Imprisonment.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the detailed reasons stated on the record at the hearing held on March 7, 2024, the Defendants' Motion for Summary Judgment, or Partial Summary Judgment [54] is GRANTED in PART and DENIED in PART.

THIS, the 8th day of March, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE