IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRENT NETTLES**                                                                                           **PLAINTIFF**

v.                                                                           **CIVIL ACTION NO.: 1:23-cv-65**

**BEAU RIVAGE RESORTS, LLC, and**
**GERALD WALLIS, JR.**
*Individually and as an Employee of Beau Rivage Resorts, LLC*             **DEFENDANTS**

### ORDER

Before the Court are the Defendants and Plaintiff's Motions in Limine [65] and [67], respectfully. At the hearing conducted in this matter on July 11, 2024, the Court considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority, and announced on the record its detailed findings and conclusions. The Court concluded that the Defendants' Motion in Limine was GRANTED in part and DENIED in part. Additionally, the Plaintiff's Motion in Limine was GRANTED in part and DENIED in part.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on July 11, 2024, the Defendants' Motion in Limine [65] was GRANTED in part and DENIED in part. And the Plaintiff's Motion in Limine [67] was GRANTED in part and DENIED in part.

This the 15th day of July, 2024.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE