IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRENT NETTLES**                                                                                **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO.: 1:23-cv-65-TBM-RPM**

**BEAU RIVAGE RESORTS, LLC,** *and*
**GERALD WALLIS, JR.**
*Individually and as an Employee of Beau Rivage Resorts, LLC*         **DEFENDANTS**

**VERDICT FORM**

When all of you have agreed on a verdict, it should be written on a separate sheet of paper in the following form.

If you find for the Plaintiff, you should write on a separate sheet of paper: "We the jury, find for the Plaintiff and assess his damages at $_____."

If you find for the Defendants, you should write on a separate sheet of paper: "We the jury, find for the Defendants."

WHEN YOU HAVE COMPLETED YOUR DELIBERATIONS, HAVE YOUR JURY FOREPERSON SIGN AND DATE BELOW AND INFORM THE COURT SECURITY OFFICER THAT YOU HAVE REACHED YOUR VERDICT AND THAT YOU ARE DONE.

We the jury, find for the defendants.

[signature redacted]
7/19/24