IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRENT NETTLES**                                                                                       **PLAINTIFF**

v.                                                              CIVIL ACTION NO. 1:23-cv-65-TBM-RPM

**BEAU RIVAGE RESORTS, LLC, et al.**                                                **DEFENDANTS**

## FINAL JUDGMENT

This action came before the Court for a trial by jury on Tuesday, July 16, 2024. The Plaintiff, Brent Nettles, and Defendants, Beau Rivage Resorts, LLC and Gerald Wallis, Jr., appearing in their own persons and by their attorneys of record, each having announced ready for trial, and a jury composed of nine members, all good and lawful jurors of the Southern Division of the United States District Court for the Southern District of Mississippi, having been empaneled and accepted by all parties, and having heard all of the evidence and arguments of counsel and received instructions of the court, retired to consider their verdict and presently returned upon their oaths into open court the following unanimous verdict, to wit:

"We the jury find for the defendants."

In accordance with the jury's unanimous verdict,

IT IS THEREFORE ORDERED AND ADJUDGED that judgment is hereby entered in favor of the Defendants. The Plaintiff shall take nothing, and this case is hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED this the 24th day of September, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE